# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

140888

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

DR. SAMMIE E. HARRIS,
        Plaintiff-Appellant,

v

                                              SC: 140888
                                              COA: 283472

DETROIT PUBLIC SCHOOLS,
        Defendant-Appellee.
                                              Wayne CC: 04-419599-CZ

_____/

      On order of the Court, the application for leave to appeal the February 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010                                                 

p0830                                                    Clerk